## States Printing Company, Defendant in Error, v. Leven Advertising Company, Plaintiff in Error.

### Gen. No. 18,571.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES E. JENNINGS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 4, 1913.

## Statement of the Case.

Action by Currier Printing Company, a corporation, whose name was later changed to the States Printing Company, against Leven-Nichols Advertising Company, a corporation, whose name was later changed to Leven Advertising Company, on a claim for printing done by the plaintiff on the order of the defendant. From a judgment in favor of plaintiff for $172.50, defendant brings error.

ISAAC S. ROTHSCHILD, for plaintiff in error; HUGO M. FRIEND, of counsel.

NATHAN S. SCHOENBROD and BLUM & BLUM, for defendant in error.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

PRINCIPAL AND AGENT, § 181*—*when agent contracting as principal, personally liable.* In an action for printing of booklets and envelopes for the use of a third party, finding of trial court that defendant was liable on account of having ordered and supervised the printing work done, *held* sustained by the evidence.